UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY J. WINSTON | ) |
| Plaintiff, | ) |
| v. | ) |
|  | ) Civil Action No. 1:07-cv-1411 |
| CRISTIAN SAMPER, | ) |
| Acting Secretary | ) Judge Richard Roberts |
| Smithsonian Institution | ) |
| 1000 Jefferson Drive, S.W. | ) |
| Washington, D.C. 20560 | ) |
| Defendant. | ) |

**NOTICE OF ERRATA**

Plaintiff, Tommy Winston, by and through his undersigned representative, hereby gives notice of errata regarding page one of the Complaint that was filed on August 3, 2007. Counsel inadvertently omitted Plaintiff's address in the case caption. The correct first page is attached hereto as Exhibit A. Plaintiff hereby respectfully requests the clerk to substitute Exhibit A for page one of the Complaint.

Respectfully Submitted,

/s/ Sundeep Hora (D.C. Bar No. 472944)
ALDERMAN, DEVORSETZ & HORA PLLC
1025 Connecticut Ave., NW
Suite 615
Washington, DC 20036
Tel: 202-969-8220
Fax: 202-969-8224
shora@adhlawfirm.com

**COUNSEL FOR PLAINTIFF**

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY J. WINSTON<br>6329 Stonewain Court<br>Ft. Washington, MD 20744<br><br>      Plaintiff,<br><br>  v.<br><br>CRISTIAN SAMPER,<br>Acting Secretary<br>Smithsonian Institution<br>1000 Jefferson Drive, S.W.<br>Washington, D.C. 20560<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:07-cv-1411<br>)<br>) **DEMAND FOR JURY TRIAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' ORIGINAL COMPLAINT**

Tommy J. Winston ("Plaintiff"), for his Complaint against the Smithsonian Institution (the "Agency" or "Defendant"), states as follows:

**I. The Parties**

1. Plaintiff Tommy J. Winston is an African American male resident of Fort Washington, Maryland. At all times relevant to this action, Plaintiff was employed by the Agency as Facilities Management Specialist, National Air and Space Museum in Washington, DC.

2. Defendant Cristian Samper is the Acting Secretary of the Smithsonian Institution (the "Agency" or "Smithsonian"), and is named in this lawsuit in his official capacity as the highest official of the Agency. The Office of General Counsel for the Smithsonian is located at 1000 Jefferson Dr., SW, Room 32, Washington, DC.

1
