IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOMMY J. WINSTON | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 1:07-cv-01411** |
| | ) | |
| v. | ) | |
| | ) | |
| CRISTIAN SAMPER, | ) | |
| Acting Secretary | ) | |
| Smithsonian Institution | ) | |
| 1000 Jefferson Drive, S.W. | | |
| Washington, D.C. 20560 | | |

        Defendant**.**

## PROOF OF SERVICE

I hereby certify, under the penalty of perjury, that the following is true and correct:

Service of process in the above captioned matter was made by mailing a copy of the summons and complaint, via certified mail, Receipt No. 7007 0710 0002 8866 1520, to the U.S. Attorney General. The summons and Complaint were received on August 8, 2007, and documentation demonstrating service is attached hereto.

    Respectfully Submitted,
    ALDERMAN, DEVORSETZ & HORA, PLLC

    /s/ Sundeep Hora (D.C. # 472944)
    1025 Connecticut Ave., NW
    Suite 615
    Washington, DC 20036
    Tel: 202-969-8220
    Fax: 202-969-8224

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Attorney General
   950 Pennsylvania Ave, NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   _[illegible]_                  AUG 0 8 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7007 0710 0002 8886 1520

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Sundeep Hora
Alderman, Devorsetz & Hora
1025 Connecticut Ave, NW
Suite 615
Washington, DC 20036