IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOMMY J. WINSTON | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 1:07-cv-01411** |
| | ) | |
| v. | ) | |
| | ) | |
| CRISTIAN SAMPER, | ) | |
| Acting Secretary | ) | |
| Smithsonian Institution | ) | |
| 1000 Jefferson Drive, S.W. | | |
| Washington, D.C. 20560 | | |

        Defendant.

## PROOF OF SERVICE

I hereby certify, under the penalty of perjury, that the following is true and correct:

Service of process in the above captioned matter was made by mailing a copy of the summons and complaint, via certified mail, Receipt No. 7006 2150 0000 7444 5432, to the U.S. Attorney for the District of Columbia. The summons and Complaint were received on August 8, 2007, and documentation demonstrating service is attached hereto.

        Respectfully Submitted,
        ALDERMAN, DEVORSETZ & HORA, PLLC

        /s/ Sundeep Hora (D.C. # 472944)
        1025 Connecticut Ave., NW
        Suite 615
        Washington, DC 20036
        Tel: 202-969-8220
        Fax: 202-969-8224

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addres<br>B. Received by (*Printed Name*)  C. Date of Deliv<br>AUG 0 8 2007 |
| 1. Article Addressed to:<br><br>Civil Process Clerk<br>U.S Attorney<br>555 4th St, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchand<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7006 2150 0000 7444 5432 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Sundeep Hora
Alderman, Devorsetz + Hora
1025 Connecticut Ave, NW
Suite 615
Washington, DC 20036