## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TOMMY J. WINSTON** | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) **Civil Action No. 07-1411 (RWR)** |
| **CRISTIAN SAMPER,** | ) |
| **Acting Secretary** | ) |
| **Smithsonian Institution** | ) |
| **1000 Jefferson Drive, S.W.** | ) |
| **Washington, D.C. 20560** | ) |
| | ) |
| **Defendant.** | ) |

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Heather Graham-Oliver,

Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.


Respectfully submitted,


_____/s/_____

HEATHER GRAHAM-OLIVER
Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 305-1334

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of August 2007, I caused the foregoing Praecipe to be

served on Plaintiff's attorney, **Sundeep Hora**, via Electronic Case Filing (ECF).


_____/s/_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 305-1334