## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY J. WINSTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:07-cv-1411 |
| CRISTIAN SAMPER, ) | |
| Acting Secretary ) | Judge Richard Roberts |
| Smithsonian Institution ) | |
| 1000 Jefferson Drive, S.W. ) | |
| Washington, D.C. 20560 ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF ERRATA

Plaintiff, Tommy Winston, by and through his undersigned representative, hereby gives notice of errata regarding page 7 of the First Amended Complaint that was filed on October 5, 2007. Page 7 was inadvertently omitted when it was scanned in as a .pdf for filing. Page 7 of the First Amended Complaint is attached hereto as Exhibit A. Plaintiff hereby respectfully requests the clerk to insert Exhibit A between pages 6 and 8 of the First Amended Complaint.

Respectfully Submitted,

/s/ Sundeep Hora (D.C. Bar No. 472944)
ALDERMAN, DEVORSETZ & HORA PLLC
1025 Connecticut Ave., NW
Suite 615
Washington, DC 20036
Tel: 202-969-8220
Fax: 202-969-8224
shora@adhlawfirm.com

**COUNSEL FOR PLAINTIFF**

not have come in but for Mr. Sidbury contacting him the morning of February 7, 2007 to order him to participate in the snow removal effort.

35. Later in the day on February 7, 2007, Mr. Cutler sent an email to Mr. Evans informing him that "Oh! Very good snow removal this morning by BSW Phillip and Sidbury Crew. All look[sic] very good." Mr. Evans' only response to this communication was, "Was Oscar there[?]"

36. On or about February 28, 2007, Evans issued <u>Plaintiff</u>, not Mr. Sidbury, a Proposal to Suspend for seven days without pay for (1) failure to inform Oscar Waters *not* to report for snow removal detail on February 7, 2007; and (2) allegedly abusing Plaintiff's SI issued cell phone. When Mr. Evans handed Plaintiff the Proposal to Suspend, he said, "You know you don't have any friends downtown."

37. A week after receiving the Proposal to Suspend, March 7, 2007, Smithsonian Employees received the following email from Smithsonian's Business Operations:

> Business Operations ***is working on developing guidelines*** on cell phone use and/or abuse which will have to be signed by every employee that has a cell phone. The phone bills are being put under the microscope and anyone's who's abusing their phone usage will be receiving a phone call from Business Operations asking them to please use phones for official SI business only. With the exception of some personal calls from time to time. ***We are working to set monthly cell phone limitations***.

38. In sum, Plaintiff was issued a Proposal to Suspend for allegedly abusing his SI issued cell phone a week prior to receiving an email from Business Operations that they were in the process of "developing guidelines on cell phone use and/or abuse" and "working to set monthly cell phone limitations."

39. When Mr. Evans handed Plaintiff the Proposal to Suspend on February 28, 2007, Plaintiff asked him whether anyone else was being disciplined for overusing their

7