UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TOMMY J. WINSTON,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | Civ. Act. No.  07-1411 (GK) |
| | ) | |
| **CRISTIÁN SAMPER** | ) | |
| **Acting Secretary, Smithsonian Institution** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

\* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, Cristián Samper, as Acting Secretary of the Smithsonian Institute, in his official capacity, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to plaintiff's amended complaint, until, November 6, 2007.  The answer would otherwise be due on Monday, October 22, 2007.  This is Defendant's first request for an extension.  Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m) and has consented to this motion.  Plaintiff has brought this action under Title VII of the Civil Rights Act of 1964 for race discrimination, retaliation and hostile work environment.

Additional time is required to investigate the allegations contained in the amended complaint, to review Plaintiff's administrative claim file and to confer with agency counsel.

This motion is not for purposes of delay but for good cause shown.

                Respectfully submitted,

                /s/

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

                /s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                /s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334