IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY J. WINSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 07-1411 (RWR) |
| CRISTIAN SAMPER, ) | |
| Acting Secretary, Smithsonian Institution, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## NOTICE OF FILING OF EXHIBIT INDEX
## TO THE DEFENDANT'S MOTION TO DISMISS

Now comes the Defendant, by and through his attorneys, and hereby notifies the Court of the filing of the Exhibit Index, attached hereto.[1]

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR
United States Attorney

/s/
_____
R. CRAIG LAWRENCE
Assistant United States Attorney

/s/
_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530
(202) 305-1334

---

[1] Defendant's Motion To Dismiss was filed on November 6, 2007.

Tommy J. Winston v. Cristian Samper, Acting Sec'y Smithsonian Instit.
C.A. No. 07-1411 (RWR)

Defendant's Exhibit Index

| Exh No. | Document Description |
|---|---|
| 1 | 1/23/06 Reassignment Letter<br>From: David. Samec<br>To: Tommy Winston<br>Re: Reassignment |
| 2 | 2/07/06 Letter<br>From: David Samec<br>To: Tommy Winston<br>Re: Proposal To Suspend |
| 3 | 3/27/06 Letter<br>From: Nancy Bechtol<br>To: Tommy Winston<br>Re: Decision on Proposal To Suspend |
| 4 | 5/01/06 Fax<br>From: Sundeep Hora, Esq<br>To: Shadella Davis<br>Re: Request for Informal Counseling |
| 5 | 6/26/06 OEEMA Complaint of Discrimination |
| 6 | Final Agency Decision (FAD) |
| 7 | Decision of the EEOC after Appeal of the FAD, dated May 3, 2007 |
| 8 | 2/28/07 Letter<br>From: Maurice Evans<br>To: Tommy Winston<br>Re: Proposal To Suspend |
| 9 | 4/24/07 Letter<br>From: Nancy Bechtol<br>To: Tommy Winston<br>Re: Decision on Proposal To Suspend |