UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY J. WINSTON<br>6329 Stonewain Court<br>Ft. Washington, MD 20744<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CRISTIÁN SAMPER,<br>Acting Secretary<br>Smithsonian Institution<br>1000 Jefferson Drive, S.W.<br>Washington, D.C. 20560<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1411 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Tommy J. Winston ("Plaintiff"), by and through his undersigned counsel, Sundeep Hora, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time, through and including Monday, November 26, 2007, to respond to the Defendant Smithsonian Institute's Motion to Dismiss. Plaintiff's Opposition would otherwise be due on Monday, November 19, 2007. This is Plaintiff's first request for an extension. The undersigned counsel contacted counsel for the Defendant pursuant to LCvR 7(m), and counsel for the Defendant has consented to this motion.

Additional time is required to accommodate the undersigned's pre-scheduled obligations in other cases during the intervening days. Specifically, counsel must prepare for three hearings, including two motions hearings and a three-day hearing before the Equal Employment Opportunity Commission beginning on November 19, the current due date for Plaintiff's Opposition.

1

This motion is not for purposes of delay but for good cause shown.

        Respectfully Submitted,

        _____/s/_____
        Sundeep Hora (D.C. Bar No. 472944)
        ALDERMAN, DEVORSETZ & HORA PLLC
        1025 Connecticut Ave., NW
        Suite 615
        Washington, D.C. 20036
        Tel. 202.969.8220
        Fax 202.969.8224
        E-mail: shora@adhlawfirm.com

        COUNSEL FOR PLAINTIFF