UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TOMMY J. WINSTON,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 07-1411 (GK) |
| | ) | |
| **CRISTIÁN SAMPER** | ) | |
| **Acting Secretary, Smithsonian Institution** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

\* \* \* \* \* \* \* \* \* \*

**MOTION FOR AN ENLARGEMENT OF TIME
TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Defendant, Cristián Samper, as Acting Secretary of the Smithsonian Institute, in his official capacity, hereby respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to reply to plaintiff's motion to dismiss, until, December 20, 2007. The reply would otherwise be due on Thursday, December 6, 2008. This is Defendant's first request for an extension for this matter. Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m); however, defendant was not able to reach him to obtain his position prior to the filing of this motion. Plaintiff has brought this action under Title VII of the Civil Rights Act of 1964 for race discrimination, retaliation and hostile work environment.

This additional time is necessary because undersigned counsel was out of the office during the week of November 26, 2007 and December 3, 2007. In addition, defense counsel has had other litigation responsibilities including the following: Appellate brief in Kaufman v. Gonzales, District of Columbia, Circuit Court Case No. 06-5259; preparing witnesses and

defending depositions in Esquibel v. Cino, Civ. Act. No. 06-1485 (PLF); preparing for mediation in both Legnini v. USA, Civ. Act. No. 06-0012 (RJL) and Hawkins v. Gonzales, Civ. Act. No. 07-0010 (CKK); and discovery responsibilities in Anderson v. Spellings, Civ. Act. No. 06-1565 (CMC).  As a result, more time is necessary to review the information provided and prepare a reply for filing.

      This motion is not for purposes of delay but for good cause shown.

      Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TOMMY J. WINSTON,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v.  ) | Civ. Act. No. 07-1411 (GK) |
| ) | |
| **CRISTIÁN SAMPER,** ) | |
| **Acting Secretary, Smithsonian Institution,** ) | |
| ) | |
| **DEFENDANT** ) | |

## ORDER

_____This matter comes before the Court on Defendants Motion for Enlargement of Time to file his Reply.  It is by the Court this ____ day of _____, 2007 hereby

ORDERED that Defendants Motion for an Enlargement of Time is hereby GRANTED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE