UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY J. WINSTON )<br>6329 Stonewain Court )<br>Ft. Washington, MD 20744 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CRISTIÁN SAMPER, )<br>Acting Secretary )<br>Smithsonian Institution )<br>1000 Jefferson Drive, S.W. )<br>Washington, D.C. 20560 )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1411 (RWR) |

**CONSENT MOTION FOR AN ENLARGMENT OF TIME FOR
PLAINTIFF TO MOVE FOR LEAVE TO FILE A SUR-REPLY**

Plaintiff Tommy J. Winston, by and through his undersigned counsel, Sundeep Hora, respectfully moves this Court pursuant to Fed. R. Civ. P. 6 for an enlargement of time up to and including January 10, 2008, within which to file a Sur-Reply to Defendant's Motion to Dismiss. This is Plaintiff's second request for an extension in this matter.[1] Counsel for Defendant has been contacted pursuant to LCvR 7(m), and has consented to this Motion. Because there is no provision in the Local Rules for filing a Sur-Reply, there is no actual deadline. However, using the time allotted for a Reply as a guide, Plaintiff's Sur-Reply would be due on Thursday, January 3, 2008. Plaintiff is therefore requesting a one-week extension and is filing this request so as to avoid any assertion from Defendant that his request was untimely.

---

[1] The Agency has requested two extensions in this case: (1) two weeks to answer, move or otherwise plead to Plaintiff's amended complaint; and (2) two weeks to submit its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss.

The additional time is necessary because the undersigned is currently out of the office, in Los Angeles, California spending the holidays with his family.  Upon the undersigned's return to the office on January 2, 2008, he must immediately prepare for an oral argument on January 3, 2008 in the matter of *Austin et al v. Maryland-National Capital Park & Planning Commission*, U.S. District Court of Maryland Case No. 8:07-cv-02125-PJM and for depositions in *Pointer v. Architect of the Capitol*, 1:06-cv-01056-RCL**,** currently set for January 8, 2008, in addition to numerous other client obligations.

As will be discussed in greater detail in Plaintiff's Motion for Leave to File a Sur-Reply, the Agency raises new arguments for the first time in its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, that Plaintiff was unable to contest in its Opposition to Defendant's Motion to Dismiss.  Defendant asserts, *inter alia*, for the first time that Plaintiff waived any argument that he lacked notice under Section 1614.105(a)(2) and that Plaintiff had constructive notice of the 45-day deadline.  In support for the latter, Defendant submitted Declarations from Charlene Tyson, Mignon Erixon-Stanford, and George C. Van Dyke.  Plaintiff's counsel was luckily able to obtain a declaration from an Agency employee on December 21, 2007 prior to the employee's departure for the holidays, which contradicts statements made in Ms. Charlene Tyson's declaration, however, in light of the Christmas holiday, counsel was unable to contact any other Agency employees who may have personal and relevant knowledge regarding the assertions contained in the declarations submitted by the Agency in support of its Reply.  The additional time is therefore necessary to give counsel an adequate opportunity to investigate the assertions contained in the declarations submitted by the Agency.

Finally, the Agency in its Reply, for the first time, formally requests that this Court treat its Motion to Dismiss as one for Summary Judgment in the alternative. In the event that this Court treats the Agency's Motion to Dismiss as one for Summary Judgment, Plaintiff will request in its Motion for Leave to File a Sur-Reply, pursuant to Fed. R. Civ. 12(d), an opportunity to conduct discovery so that it may present "all the material that is pertinent to the motion." Plaintiff will also submit a Rule 56(f) affidavit to outline the necessary discovery he needs to adequately respond to Defendant's Motion for Summary Judgment.

This motion is not for purposes of delay but for good cause shown.

Respectfully Submitted,

_____/s/ *Sundeep Hora*_____
Sundeep Hora (D.C. Bar No. 472944)
ALDERMAN, DEVORSETZ & HORA PLLC
1025 Connecticut Ave., NW
Suite 615
Washington, D.C. 20036
Tel. 202.969.8220
Fax 202.969.8224
E-mail: shora@adhlawfirm.com

COUNSEL FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY J. WINSTON<br>6329 Stonewain Court<br>Ft. Washington, MD 20744<br><br>     Plaintiff,<br><br>   v.<br><br>CRISTIÁN SAMPER,<br>Acting Secretary<br>Smithsonian Institution<br>1000 Jefferson Drive, S.W.<br>Washington, D.C. 20560<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1411 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for an Enlargement of Time for Plaintiff to Move for Leave to File a Sur-Reply, it is this _____ day of ____ of 2007, ORDERED that Plaintiff's Motion be and is hereby GRANTED.

SO ORDERED

                         _____
                         U.S. District Judge